NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**RAINEY L. HOOD,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

———————————

2013-3126

———————————

Petition for review of the Merit Systems Protection Board in No. DA831E120227-I-1.

———————————

**ON MOTION**

———————————

**O R D E R**

Rainey L. Hood moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                                                HOOD V. OPM

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s23